13-MC-00082-APPL

___ FILED   ___ ENTERED
___ LODGED  ___ RECEIVED

MAY 28 2013

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
                              DEPUTY

SFA 56601

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| WESTERN UNION FINANCIAL SERVICES INC., as successor in interest to INTEGRATED PAYMENT SYSTEMS, INC., d/b/a WESTERN UNION NORTH AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PACIFIC CHECKS, INC., d/b/a DOLLARWISE, a Washington Corporation, CHARLES C. SEIL and JANE DOE SEIL, and the marital community composed thereof,<br><br>Defendants,<br><br>FAIRWOOD MANAGEMENT LLC<br><br>Garnishee. | No. MS13 082<br><br>APPLICATION FOR WRIT OF GARNISHMENT AGAINST DEFENDANT<br><br>(CONTINUING LIEN ON EARNINGS- AFTER JUDGMENT) |

I. APPLICATION

1.1 Plaintiff has a judgment wholly or partially unsatisfied, against the defendant, in the court from which the writ is being sought.

1.2 The amount alleged to be due is the balance of the judgment or amount of claim, $339,669.11, plus interest and estimated garnishment costs as indicated in the writ. A copy of the Judgment is attached hereto as Exhibit A.

APPLICATION FOR WRIT OF GARNISHMENT          1

LAW OFFICES OF
WILLIAM A. KINSEL, PLLC
MARKET PLACE TOWER
2025 First Avenue, Suite 730
SEATTLE, WASHINGTON 98121
(206) 706-8148

1.3  Plaintiff has reason to believe, and does believe, that Fairwood Management LLC, Garnishee, whose registered agent name and location is Allnick, Inc., 6315 Oklahoma Drive, Vancouver, WA 98661 is:

> [x]  indebted to the defendant in amounts exceeding those exempted from garnishment by any state or federal law; or
>
> [ ]  the garnishee has possession or control of personal property or effects belonging to the defendant which are not exempted from garnishment by any state or federal law.

1.4  The garnishee [x] is  [ ] is not the employer of the defendant.

## II.  CERTIFICATION

I CERTIFY under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Dated: _May 24, 2013_, at Seattle, Washington.

KINSEL LAW OFFICES

By: _William A. Kinsel_
William A. Kinsel, WSBA #18077
Attorney for Plaintiff Western Union North America

APPLICATION FOR WRIT OF GARNISHMENT    2

LAW OFFICES OF
WILLIAM A. KINSEL, PLLC
MARKET PLACE TOWER
2025 First Avenue, Suite 730
SEATTLE, WASHINGTON 98121
(206) 706-8148

# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WESTERN UNION FINANCIAL SERVICES INC., as successor in interest to INTEGRATED PAYMENT SYSTEMS, INC., d/b/a WESTERN UNION NORTH AMERICA,,<br><br>Plaintiff,<br><br>v.<br><br>PACIFIC CHECKS, INC. d/b/a DOLLARWISE, a Washington Corporation CHARLES C. SEIL and JANE DOE SEIL and the marital community composed thereof,<br><br>Defendant. | JUDGMENT IN A CIVIL CASE<br><br>CASE NUMBER: 2:10-cv-00193RSM |

☐  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒  **Decision by Court.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT Plaintiff's motion for Summary Judgment is GRANTED in favor of the Plaintiff against all defendants, jointly and severally, for the sum of $339,669.11.

Dated this 1 day of December, 2010.

William M. McCool
Clerk

s/Rhonda Stiles
Deputy Clerk

CERTIFIED TRUE COPY
ATTEST: WILLIAM M. McCOOL
Clerk, U.S. District Court
Western District of Washington

By _Consuelo O. Ledesma_
Deputy Clerk

**EXHIBIT A**